IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ADVANCED DRYWALL ASSOCIATES, LLC
d/b/a Advanced Drywall Systems,

    Plaintiff,

        vs.                        CASE NO: 18-213

SKANSKA USA BUILDING INC. and
ZURICH AMERICAN INSURANCE COMPANY,

    Defendants.
_____/

## SKANSKA USA BUILDING INC.'S NOTICE OF REMOVAL

Pursuant to Sections 1441(a) and 1332 of Title 28 of the United States Code, Defendant Skanska USA Building Inc. ("Skanska") removes the action pending in the Circuit Court of Alachua County, Florida styled, *Advanced Drywall Associates, LLC d/b/a Advanced Drywall Systems v. Skanska USA Building Inc. and Zurich American Insurance Company*, Case No.: 2018 CA 003194 (the "Action"), to the United States District Court for the Northern District of Florida, Gainesville Division, on the following grounds:

1. Plaintiff Advanced Drywall Associates, LLC d/b/a Advanced Drywall Systems ("Advanced Drywall") filed the Action on September 25, 2018. A copy of the Complaint is included in **Exhibit A**. Skanska was served with the Action shortly thereafter on September 28, 2018.

2. Skanska timely files this Notice of Removal within thirty days of Advanced Drywall's filing of its Complaint and within thirty days of Skanska's receipt of the Complaint. *See* 28 U.S.C. s. 1446(b).

3. The Action may be removed to this Court pursuant to 28 U.S.C. s. 1441(a) which states, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

4. This Court has subject matter jurisdiction of the Action pursuant to 28 U.S.C. s. 1332 based upon diversity of the parties in the Complaint. Specifically:

    a. The matter in controversy exceeds $75,000. *See* **Exhibit A**, paras. 10, 11.

    b. Plaintiff Advanced Drywall is a Florida limited liability company with its principal place of business in Florida. *See* **Exhibit A**, para. 2. Furthermore, Florida's Division of Corporations identifies its member, Richard Karp, as residing in Florida.[1] A limited liability company, such as Advanced Drywall, is a citizen of any state of which a member of the company is a citizen. *Rolling Greens MHP. L.P. v. Comcast SCH Holdings, L.L.C.,* 374 F.3d 1020, 1022 (11th Cir. 2004). Thus, Advanced Drywall, by virtue of its member Ronald Karp, is a citizen of Florida (and Skanska is unaware of any other members of Advanced Drywall).

    c. Plaintiff Skanska is corporation incorporated in Delaware and with its principal place of business in New Jersey. In support of Skanska's principal place of business and the nerve center test employed by the United States Supreme Court *in Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010), Skanska provides the Declaration of

---

[1] *See* http://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=ADVANCEDDRYWALLASSOCIATES%20L100000160670&aggregateId=flal-l10000016067-ceac028d-cf14-4a46-a9d1-ff6d096d8a14&searchTerm=advanced%20drywall%20&listNameOrder=ADVANCEDDRYWALL%202164320.

Carrie Key, Skanska's Assistant Treasurer, attached as **Exhibit B,** in support of its principal place of business (corporate headquarters) being in New Jersey and its incorporation in Delaware.[2] A corporation is deemed to be a dual citizen of both its state of incorporation and the state where it has its principal place of business. 28 U.S.C. s. 1332(c)(1). Thus, Skanska is a citizen of both Delaware and New Jersey.

    d. Zurich is an insurance company incorporated in New York and with its principal place of business in Illinois.[3] Thus, Zurich is a citizen of both New York and Illinois.

5. As demonstrated above, this Court has original jurisdiction over this action pursuant to 28 U.S. C. s. 1332(a).

6. This Court is the proper district court for removal because Alachua County Circuit Court is located within the Northern District of Florida, Gainesville Division.

7. Zurich American Insurance Company ("Zurich") is the surety that posted Skanska's lien transfer bond subject to Count III of Action. (The lien transfer bond transferred Advanced Drywall's claim of lien to the lien transfer bond pursuant to Florida Statute s. 713.24.) In this regard, Skanska, the bond-principal, is defending Zurich's interests in this Action relative to Count

---

[2] Plaintiff's Complaint does not dispute that Skanska is a Delaware corporation. However, it identifies Skanska's principal place of business in Florida and not New Jersey. In actuality, and as set forth in **Exhibit B**, Skanska's undeniable principal place of business for the national company is in New Jersey, which is where its national corporate headquarters is located.

[3] *See* http://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=ZURICHAMERICANINSURANCE%20F990000001000&aggregateId=forp-f99000000100-c661df78-9cee-4ef3-91b9-d37c4afb1b9a&searchTerm=Zurich%20American%20insurance%20company&listNameOrder=ZURICHAMERICANINSURANCE%20F990000001000.

III in the Complaint which is an action against both Zurich and Skanska on the lien transfer bond. Both Skanska and Zurich have the same undersigned counsel. Zurich, accordingly, <u>consents</u> to Skanska's Notice of Removal as required by 28 U.S.C. s. 1446(b)(2)(A).

8. A true and correct copy of the Complaint is included in **Exhibit A** together with a copy of all process, pleadings and orders served upon Skanska in the Action. Skanska is contemporaneously filing this Notice of Removal in the state court Action.

9. Skanska will file a response to the Complaint within the time frame proscribed by said rules or in accord with any extensions granted.

Dated this 17th day of October, 2018.

### CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2018 the foregoing was e-filed using the CM/ECF filing system.

        **KIRWIN NORRIS, P.A.**

        */s/ David M. Adelstein*
        Bruce A. Norris
        Florida Bar No.: 0041149
        ban@kirwinnorris.com
        David M. Adelstein
        Florida Bar No.: 647314
        dma@kirwinnorris.com
        Kirwin Norris, P.A.
        15 W. Church Street, Suite 301
        Orlando, FL  32801
        P: (407) 740-6600
        F: (407) 740-6363

4827-6922-6872, v. 1